08-cv-2597

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 7/7/08 |
| NAME OF SERVER *(PRINT)* Shenica Serrano | TITLE Private Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Served on Annabelle Reyes Account Mgr. - East Coast, for Ethiopian Airlines Enterprises 277 South Washington St, Suite 120, Alexandria, VA 22314

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 30 2008
TIME A.M. / P.M.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | $75.00 | $75.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/7/08
Date

Signature of Server

118 B East Broad St.
Falls Church, VA 22046

Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## *Eastern District of New York*

Edmund Orok Edem

**SUMMONS IN A CIVIL CASE**

v.

CASE NUMBER  2597

Ethiopian Airlines Enterprise, Ethiopian Insurance Corporation, Ethiopian Government (Federal Democratic Republic of Ethiopia)

DEARIE, CH. J.

BLOOM, M.J.

TO: (Name and address of defendant)

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

PRO SE: EDMUND OROK EDEM

P.O. BOX 40745

STATEN ISLAND, NY 10304

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RECEIVED JUL 3 0 2008 PRO SE OFFICE

ROBERT C. HEINEMANN
CLERK

JUNE 30, 2008
DATE

(BY) DEPUTY CLERK

This form was electronically produced by Judy Deanda using Omniform Internet Publisher.