# FedEx Express — International Air Waybill (Sender's Copy)

For FedEx services worldwide including express freight services, dangerous goods, broker select, and letter of credit.

**1 From**
- Date: 07/14/08
- Sender's Name: E OROK-EDEM
- Phone: 718 815 2725
- Sender's FedEx Account Number: (blank)
- Company: (blank)
- Address: P. O. Box 40745
- Address: (blank)
- City: STATEN ISLAND
- State/Province: NY
- Country: USA
- ZIP/Postal Code: 10304

**2 To**
- Recipient's Name: MINISTER OF FOREIGN AFFAIRS — MR MESFIN, S
- Phone: (251) 11-551-7345
- Company: MINISTRY OF FOREIGN AFFAIRS
- Address: P. O. Box 393
- Dept/Floor Address: FOREIGN AFFAIRS BLDG
- City: ADDIS ABABA
- State/Province: (blank)
- Country: ETHIOPIA
- ZIP/Postal Code: (blank)

Recipient's Tax ID Number for Customs Purposes: (blank)

**3 Shipment Information**
- Total Packages: 1
- Total Weight: 5 lbs

| Commodity Description (DETAIL REQUIRED) | Harmonized Code | Country of Manufacture | Value for Customs (REQUIRED) |
|---|---|---|---|
| 1 COPY EACH OF SUMMONS AND COMPLAINT IN ENGLISH AND AMHARIC  08 CV 2597 | | | Documents |

Total Declared Value for Carriage: N/A
Total Value for Customs: N/A

**4a Express Package Service** — ☑ FedEx Intl. Priority

**5 Packaging** — ☑ FedEx Envelope

**6a Special Handling** — Dangerous Goods: ☑ No

**7a Payment** — Bill transportation charges to: ☑ Credit Card

**9 Required Signature**
Sender's Signature: /s/
Date: 7/14/08

FedEx Tracking Number: 8643 2859 3998
Form ID No.: 0425
522
PART 158411 • Rev. Date 4/06
©1994–2006 FedEx • PRINTED IN U.S.A.


Ship and track packages at fedex.com

For Completion Instructions, see back of fifth page.
Questions? Go to our Web site at fedex.com.
or In the U.S., call 1.800.247.4747. Outside the U.S., call your local FedEx office.

The terms and conditions of service may vary from country to country. Consult our local office for specific information.
Non-Negotiable International Air Waybill • ©1994–2006 FedEx

# FedEx Express — Expanded Service International Air Waybill

Sender's Copy

For FedEx services worldwide including express freight services, dangerous goods, broker select, and letter of credit.

## 1 From

Date: 7/14/08

Sender's Name: E. ORDIC-EDEM
Phone: 718 815 2725

Sender's FedEx Account Number: [blank]

Company: [blank]

Address: P. O. Box 40745

City: STATEN ISLAND    State/Province: NY

Country: USA    ZIP/Postal Code: 10304

## 2 To

Recipient's Name: [blank]
Phone: (251) 11 551 2400

Company: ETHIOPIAN INSURANCE CORPORATION

Address: P. O. Box 2545

Address: OPP. ETHIOPIAN SHIPPING LINE BLDG

City: ADDIS ABABA

Country: ETHIOPIA

## 3 Shipment Information

Total Packages: 1
Total Weight: 6 lbs.

Commodity Description (DETAIL REQUIRED):
COPY EACH OF SUMMONS AND COMPLAINT IN ENGLISH AND AMHARIC
08 CV 2597

Total Value for Customs: 1 USD

## 4a Express Package Service
☒ FedEx Intl. Priority

## 5 Packaging
☒ FedEx Envelope

## 6a Special Handling
Dangerous goods: ☒ No

## 7a Payment — Bill transportation charges to:
☒ Credit Card

## 9 Required Signature

Sender's Signature: [signed]

Date: 7/14/08

FedEx Tracking Number: 8643 2859 3987

Form ID No: 0425

522

PART 158411 • Rev. Date 4/06
©1994–2006 FedEx • PRINTED IN U.S.A.



FedEx Express  
Customer Support Trace  
3875 Airways Boulevard  
Module H, 4th Floor  
Memphis, TN 38116

U.S. Mail: PO Box 727  
Memphis, TN 38194-4643

Telephone: 901-369-3600

July 29, 2008

Dear Customer:

The following is the proof-of-delivery for tracking number **864328593987**.

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | ADDIS ABABA |
| **Signed for by:** | .DESALEGN | **Delivery date:** | Jul 17, 2008 09:55 |
| **Service type:** | Priority Envelope | | |

NO SIGNATURE IS AVAILABLE  
FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment. Please check again later for a signature.

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 864328593987 | **Ship date:** | Jul 14, 2008 |
| | | **Weight:** | 0.6 lbs. |

**Recipient:**  
ADDIS ABABA ET

**Shipper:**  
STATEN ISLAND, NY US

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service  
1.800.GoFedEx 1.800.463.3339



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

July 29, 2008

Dear Customer:

The following is the proof-of-delivery for tracking number **864328593998**.

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | ADDIS ABABA |
| **Signed for by:** | .HAREGWA | **Delivery date:** | Jul 17, 2008 09:25 |
| **Service type:** | Priority Envelope | | |

NO SIGNATURE IS AVAILABLE
FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment. Please check again later for a signature.

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 864328593998 | **Ship date:** | Jul 14, 2008 |
| | | **Weight:** | 0.6 lbs. |

**Recipient:**
ADDIS ABABA ET

**Shipper:**
STETEN ISLAND, NY US

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

☐ ORIGINAL

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## Eastern District of New York

Edmund Orok Edem

v.

Ethiopian Airlines Enterprise, Ethiopian Insurance Corporation, Ethiopian Government (Federal Democratic Republic of Ethiopia)

TO: (Name and address of defendant)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 0 5 2008
P.M.
TIME A.M.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 08- 2597

DEARIE, CH. J.

BLOOM, M.J.

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

PRO SE: EDMUND OROK EDEM

P.O. BOX 40745

STATEN ISLAND, NY 10304

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

ROBERT C. HEINEMANN                     JUNE 30, 2008
CLERK                                    DATE

_(signature)_
(BY) DEPUTY CLERK

This form was electronically produced by Judy Deanda using Omniform Internet Publisher.

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  _____    _____
                    Date                              *Signature of Server*

                                        _____
                                                   *Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.