UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EDMUND OROK EDEM,

                     Plaintiff,

**MEMORANDUM & ORDER**

- against -

08 CV 2597 (RJD)(LB)

ETHIOPIAN AIRLINES ENTERPRISE,
ETHIOPIAN INSURANCE CORPORATION,
ETHIOPIAN GOVERNMENT (FEDERAL
DEMOCRATIC REPUBLIC OF ETHIOPIA),
JOHN AND JANE DOES.

                     Defendants.
------------------------------------------------------------X

DEARIE, Chief Judge.

        On June 9, 2009, Magistrate Judge Bloom recommended that the Court deny plaintiff's motion for summary judgment, which was based on plaintiff's allegation that defendants failed to timely serve plaintiff with their motion to dismiss. In her Report & Recommendation, Magistrate Judge Bloom correctly determined that defendants mailed their motion on the date it was due, therefore timely serving plaintiff. Objections to this Report & Recommendation were due on June 26, 2009. While plaintiff filed a general objection to the various orders of Magistrate Judge Bloom issued on June 9, he did not make any specific objections to Judge Bloom's recommendation to the Court.

        For the reasons stated above, the Court therefore adopts Magistrate Judge Bloom's Report & Recommendation in its entirety.

SO ORDERED.

Dated: Brooklyn, New York
       August 2͞5͞ 2009

s/ Judge Raymond J. Dearie
_____
RAYMOND J. DEARIE
United States District Judge